IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS G. ZAYAS CINTRON, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION |
| | : | No. 18-5537 |
| SUPERINTENDENT JAMEY LUTHER, et al., | : | |
| | : | |
| Respondents. | : | |

# ORDER

This 15th day of December, 2022, upon careful consideration of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Petitioner, ECF 1, and additional filings by Petitioner and the Commonwealth, it is hereby **ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus and Petitioner's Motion for Judgment on the Pleadings, ECF 26, are **DENIED.**

2. There is no basis for issuance of a certificate of appealability.

    /s/ Gerald A. McHugh
    United States District Judge